```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,

                 Plaintiff,
                                              ORDER
         - against -
                                       01 Cr. 0450 (NRB)
RALIEK MOORE,                          12 Civ. 5854 (NRB)

                 Defendant.
-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on August 26, 2020, the Second Circuit granted Raliek Moore Jr.'s motion for leave to file a successive 28 U.S.C. § 2255 motion ("Motion"); and

**WHEREAS** on September 1, 2020, the Court addressed a letter to counsel for Mr. Moore, requesting that counsel inform the Court by letter within two weeks whether counsel intended to pursue Mr. Moore's Motion, ECF No. 370; and

**WHEREAS** no such letter was provided by counsel on or before September 15, 2020; and

**WHEREAS** this Court has reached out to counsel three times since September 16, 2020 to determine counsel's intention with respect to Mr. Moore's Motion; and

**WHEREAS** counsel provided assurances that counsel would submit the Motion during November 2020; and

**WHEREAS** as of the date of this Order, no such Motion has been filed; it is hereby

**ORDERED** that the Motion shall be filed no later than December 18, 2020; and it is hereby

**ORDERED** that if the Motion is not filed by December 18, 2020, this case will be dismissed.

**SO ORDERED.**

Dated:   New York, New York
         December 8, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NAOMI REICE BUCHWALD
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE