UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

RALIEK MOORE, JR.,

                Defendant.
-------------------------------X
RALIEK MOORE, JR.,

                Petitioner,

      - against -

UNITED STATES OF AMERICA,

                Respondent.
-------------------------------X

**ORDER**

01 Cr. 0450 (NRB)
12 Civ. 5854 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


    **WHEREAS** on December 8, 2020, the Court filed an order reciting the Court's efforts to ascertain whether a successive 28 U.S.C. § 2255 motion ("Motion") would be filed, setting a final date of December 18, 2020 for such Motion, and advising that if the Motion was not filed by that date, the case would be dismissed; and

    **WHEREAS** as of the date of this Order, the Motion has not been filed; it is hereby

    **ORDERED** that the case bearing the docket number 12 Civ. 5854 is dismissed.

**SO ORDERED.**


Dated:     New York, New York
           December 21, 2020

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE